**No. 40069.**—Protests 918332–G, etc., of Europa Sales Corp. et al. (New York).

Opinion by EVANS, J. It was stipulated that the cheese sticks or tubes in question are the same as those passed upon in Abstract 18777. The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 40070.**—Protests 811399–G, etc., of Frazer & Co. (Boston).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 32355 the mandarin oranges in question were held dutiable at 1 cent per pound under paragraph 743 as claimed.

**No. 40071.**—Protests 807178–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by EVANS, J. No evidence was offered in support of the claims made. The protests were therefore overruled.